## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky. No.: 18-40495 |
| Tony Michael Rhone, | Chapter 13 |
| Debtor. | |

### AMENDED NOTICE OF HEARING

To: The Debtor, Tony Michael Rhone; Curtis K. Walker, Esq., his counsel of record; and the other entities specified in Local Rule 9013-3(a).

1. Wells Fargo Bank, N.A., by its undersigned attorneys, The Academy Law Group, P.A., hereby gives amended notice of the hearing related to its Motion for Relief from Stay [Docket #20] (the "Motion").

2. **PLEASE TAKE NOTICE** that the hearing on the Motion will be held on **Thursday, August 30, 2018 at 2:30 P.M.**, Courtroom No. 7 West, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard, before The Honorable Michael E. Ridgway, United States Bankruptcy Judge.

3. The original notice of the Motion inadvertently left of two service notices required to be sent out to parties with secured claims.

4. Any response to this motion must be filed and served by delivery or by mail not later than Friday, August 24, 2018, which is five days before the time set for the hearing

(including Saturdays, Sundays, and holidays).  **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

                                                Respectfully submitted,

                                                **SCHILLER & ADAM, P.A.**

Dated: August 9, 2018                    By: */e/ **Samuel R. Coleman***
                                                  Samuel R. Coleman (#389839)
                                                  The Academy Professional Building
                                                  25 North Dale Street
                                                  St. Paul, MN 55102
                                                  samuel@theacademylawgroup.com
                                                  Phone: (651) 209-9785
                                                  Fax: (651) 292-9482

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In re:<br><br>Tony Michael Rhone,<br><br>                      Debtor. | Bky. No.: 18-40495<br><br>Chapter 13 |
|---|---|

## PROOF OF SERVICE

      I, Samuel R. Coleman, an attorney licensed to practice law in this Court, with an office address of The Academy Professional Building, 25 North Dale Street, St. Paul, MN 55102-2227 declare that on August 9, 2018, I caused the following documents:

**Amended Notice of Hearing,**

to be filed electronically with the Clerk of the Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Gregory A. Burrell, Trustee**
**U.S. Trustee** ustpregion12.mn.ecf@usdoj.gov, ecfbkup@comcast.net
**Curtis K. Walker, Esq.,** curtwalkerbky@gmail.com

I further declare that I caused a copy of the foregoing documents to be mailed to the following non-ECF participants by enclosing in an envelope and mailed by First Class Mail with postage prepaid and depositing same in the post office at St. Paul, Minnesota:

**Tony Michael Rhone**
**3936 Quail Avenue North**
**Robbinsdale, MN 55422**

**Hennepin County Treasurer**
**A600 Government Center**
**300 S. 6th Street**
**Minneapolis, MN 55487**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 17101-7346**

Additionally, I further declare that I caused a copy of the foregoing documents to be mailed to the following non-ECF participants by enclosing in an envelope and mailed by Certified Mail with postage prepaid and depositing same in the post office at St. Paul, Minnesota:

**Wells Fargo Home Mortgage**
**Attn: Officer of the Company**
**420 Montgomery Street**
**San Francisco, CA 94104**

And I declare, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

**SCHILLER & ADAM, P.A.**

Dated: August 9, 2018    By: */e/ Samuel R. Coleman*
Samuel R. Coleman (#389839)
The Academy Professional Building
25 North Dale Street
St. Paul, MN 55102
samuel@theacademylawgroup.com
Phone: (651) 209-9785
Fax: (651) 292-9482

2